UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 414 (KPF) |
| DAVON HAWKINS, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for an initial conference on **July 14, 2021, at 10:00 a.m.** The conference will proceed by video. Access instructions will be provided to the parties in advance.

SO ORDERED.

Dated: July 8, 2021
New York, New York

*Katherine Polk Failla*

KATHERINE POLK FAILLA
United States District Judge