

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 8, 2022

**By ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *United States v. Davon Hawkins*, 21 CR 414 (KPF)

Dear Judge Failla,

  The Government writes on behalf of the parties to confirm that the defendant does not intend at this time to submit pre-trial motions and further to request respectfully that the Court adjourn the conference scheduled for Friday, February 11, 2022 at 10:00 AM—a date and time at which the parties understand the Court is no longer available—for approximately thirty days to a date and time of convenience to the Court. During the requested adjournment, the parties anticipate that they will identify whether a pre-trial disposition on the current indictment is possible, and, if not, then the parties expect to be prepared to propose a date for trial to the Court. With the consent of the defendant, the Government finally requests respectfully that the Court exclude time under the Speedy Trial Act from February 11, 2022 through the date of any adjournment pursuant to 18 U.S.C. § 3161(h)(7) on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in being able to decide whether a pre-trial disposition is possible together with his appointed counsel.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney

        By: *Thomas John Wright*
           Thomas John Wright
           Assistant United States Attorney
           (212) 637-2295

cc: Calvin Scholar (Counsel to Defendant Davon Hawkins) (by ECF)

The Court is in receipt of the parties' above status letter.

For the reasons stated above, the pretrial conference in this matter is hereby ADJOURNED to **March 17, 2022, at 10:00 a.m.**

Additionally, it is hereby ORDERED that time is excluded under the Speedy Trial Act between February 11, 2022, and March 17, 2022.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Mr. Hawkins in a speedy trial because it will permit Mr. Hawkins to discuss a pretrial resolution of this case.

The Clerk of Court is directed to terminate the motion at docket entry 20.


Dated:   February 9, 2022          SO ORDERED.
         New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE