**MEMO ENDORSED**

LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

June 8, 2023

**BY ECF**
The Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Davon Hawkins; 21 Cr. 414 (KPF)**

Dear Judge Failla:

  I represent Davon Hawkins in the above-referenced matter, having recently been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on May 11, 2023 during a substitution of counsel proceeding. Yesterday, Mr. Hawkins pled guilty to a lesser included offense of Count One and to Count Two. He remains at liberty and sentencing is scheduled for September 27, 2023.

  I write, with the consent of Pretrial Services, to respectfully request a modification of Mr. Hawkins' bail conditions.[1] Mr. Hawkins has been offered employment in construction in Wilkes Barre, Pennsylvania this weekend. If granted, he would leave tomorrow, June 9, 2023, and return Tuesday, June 13, 2023. While there, he will be residing with his mother.

  Accordingly, we respectfully request that the Court modify Mr. Hawkins' bail conditions as set forth above.

Respectfully submitted,

/s/

Anthony Cecutti

---

[1] I emailed AUSA Christy Slavik and am awaiting the Government's position. My understanding is that the Government has deferred to Pretrial Services in prior similar requests.

Application GRANTED.

The Clerk of Court is directed to terminate the motion at docket entry 199.

Dated:  June 8, 2023          SO ORDERED.
        New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE