Case 1:21-cr-00414-KPF   Document 298   Filed 11/07/23   Page 1 of 2

LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

November 6, 2023

**BY ECF**
The Honorable Katherine Polk Failla
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007



**Re: United States v. Davon Hawkins; 21 Cr. 414 (KPF)**

Dear Judge Failla:

    We represent Davon Hawkins in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A on May 11, 2023 during a substitution of counsel proceeding. On June 7, 2023, Mr. Hawkins pled guilty to a lesser included offense of Count One and to Count Two. He remains at liberty and sentencing is scheduled for November 21, 2023.

    We write to respectfully request that the Court adjourn sentencing for 60 days. The Government opposes this request. Since Mr. Hawkins pled guilty, we have continued to gather information related to Mr. Hawkins' life history and background, positive characteristics, and other important mitigating information. We must complete this work to prepare our sentencing submission for the Court. Additionally, we are continuing to collect letters in support of Mr. Hawkins. Further, Ms. Thiele and I are scheduled to proceed to trial in the matter of *United States v. Brandon Becker*, 19 Cr. 704 (LAP) before the Honorable Loretta A. Preska on December 4, 2023. The trial, which accuses Mr. Becker of participating in a complex fraudulent scheme, is expected to last 2 to 3 weeks. As such, we have and will continue to be engaged in intensive preparation. Accordingly, we respectfully request that Mr. Hawkins' sentencing be adjourned for 60 days.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti
Kestine Thiele

Application GRANTED. Defendant's sentencing date is hereby ADJOURNED to **January 16, 2024** at **3:00 p.m.** Defendant is advised that, absent extenuating circumstances, the Court will grant no further adjournments of this date.

The Clerk of Court is directed to terminate the pending motion at docket entry 297.

Dated: November 7, 2023
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE