UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v.-<br>DAVON HAWKINS,<br>Defendant. | 21 Cr. 414 (KPF)<br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On September 8, 2026, the Court received a letter motion from Davon Hawkins requesting a reduction in his sentence, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Because Mr. Hawkins's letter motion contained sensitive health information, the Court docketed that letter motion under seal, and transmitted a copy to the Government via email.

The Government is hereby ORDERED to file a response to Mr. Hawkins's letter motion on or before **October 26, 2026**. The Clerk of Court is directed to mail a copy of this Order to Mr. Hawkins at his address of record.

SO ORDERED.

Dated: September 10, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge