**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

October 26, 2026

**By ECF**

The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Davon Hawkins*, 21 CR 414 (KPF)**

Dear Judge Failla,

The Government respectfully submits this letter to request an extension of the deadline set in the Order of the Court dated September 10, 2026 for the Government to submit a response to the defendant's pending motion for a sentence reduction pursuant to 18 U.S.C. § 3852(c). Due to an oversight in the reassignment of the matter, which was identified and corrected earlier today, October 26, 2026, the Government has not obtained the information necessary to complete a response. Accordingly, the Government respectfully requests an extension of one week from today, October 26, 2026, to November 2, 2026 to submit the response and apologizes for its error.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: Thomas John Wright
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Defendant Davon Hawkins (by mail)

Application GRANTED. The deadline for the Government to submit its response to Mr. Hawkins's pending motion for a sentence reduction pursuant to 18 U.S.C. § 3852(c) is hereby adjourned, *nunc pro tunc*, from October 26, 2026, to **November 2, 2026**.

The Clerk of Court is directed to terminate the motion at docket entry 382.

Dated: October 27, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE